IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01910-MSK-MJW

DANIEL R. CAHILL

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and
LLOYD MAPLE,

      Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on Plaintiff's Motion for Remand Pursuant to 28 U.S.C. §1447 (Motion) **(#10)** filed December 18, 2007. The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 19th day of December, 2007.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge