IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01910-MSK-MJW

DANIEL R. CAHILL,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

---

**ORDER RE: DEFENDANT'S UNCONTESTED MOTION TO VACATE SETTLEMENT CONFERENCE SET FOR OCTOBER 6, 2008, AND CERTIFICATE OF COMPLIANCE WITH D.C. COLO. LCIVR 7.1(A) AND 6.1(D)** (Docket No. 31)

---

THIS COURT having reviewed the DEFENDANT'S UNCONTESTED MOTION TO VACATE SETTLEMENT CONFERENCE SET FOR OCTOBER 6, 2008, AND CERTIFICATE OF COMPLIANCE WITH D.C. COLO. LCIVR 7.1(A) AND 6.1(D), and being fully advised in the premises,

HEREBY GRANTS defendant's request. The settlement conference set for October 6, 2008 is hereby vacated and will be reset upon the request of either party, ~~or upon order of the Court~~ by motion.

DONE AND SIGNED this 23rd day of September 2008.

BY THE COURT:

/s/ Michael J. Watanabe

~~UNITED STATES DISTRICT COURT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO