IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01910-MSK-MJW

DANIEL R. CAHILL,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and LLOYD MAPLE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Second Unopposed Motion to Amend Case Management Order to Extend Disclosures Pending Receipt of Defendant's Responses to Plaintiff's Discovery Requests (docket no. 33) is GRANTED finding good cause shown. Plaintiff shall designate his experts by November 2, 2008.

Date: September 24, 2008