IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01910-MSK-MJW

DANIEL R. CAHILL,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and LLOYD MAPLE,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (docket no. 37) is **GRANTED** for the following reasons:

Fed. R. Civ. P. 15 provides for liberal amendment of pleadings and such decision to amend is within the sound discretion of the court. *See* Viernow v. Euripides Dev. Corp., 157 F. 3rd 785 (10th Cir. 1998). I find that based upon the averments in the subject motion (docket no. 37) and the exhibits attached that Plaintiff has demonstrated a triable issue of exemplary damages. *See* Hill v. American Family Mutual Ins. Co., 2008 WL 4452141 (D. Colo. 2008) and Livingston v. American Family Mutual Ins. Co., 2008 WL 4183447 (D. Colo. 2008). Moreover, I find that based upon the averments in the subject motion (docket no. 37) and the exhibits attached that Plaintiff has also demonstrated a triable claim for fraudulent concealment pursuant to First Interstate Bank of Fort Collins N.A. v. Piper Aircraft Corp., 744 P.2d 1197 (Colo. 1987).

It is **FURTHER ORDERED** that Plaintiff shall file his Amended Complaint and such Amended Complaint may include a claim for punitive damages and a claim for fraudulent concealment on or before December 18, 2008.

Date: December 4, 2008